UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jimmie Ray Battle**                    **Docket No. 4:10-CR-89-1BO**

### Petition for Action on Supervised Release

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jimmie Ray Battle, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on May 17, 2011, to the custody of the Bureau of Prisons for a term of 180 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

On October 5, 2016, pursuant to 28 U.S.C. § 2255, the defendant's term of imprisonment was amended to time served. It was further ordered that upon release from imprisonment, the defendant shall be on supervised release for a term of 2 years. Jimmie Ray Battle was released from custody on October 5, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** A February 27, 1984, conviction for the offense of Second Degree Rape (84CRS1939) in Nashville, North Carolina, required Battle to comply with the requirements of the sex offender registry. Additionally, due to the defendant being a registered sex offender, he has agreed to obtain a psycho-sexual evaluation and comply with the recommendations of the treatment provider.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall submit to a psycho-sexual evaluation by a qualified mental health professional who is experienced in evaluating sexual offenders and who is approved by the U.S. Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.


/s/ Dwayne K. Benfield                    /s/ Taron N. Seburn
Dwayne K. Benfield                        Taron N. Seburn
Supervising U.S. Probation Officer        U.S. Probation Officer
                                          201 South Evans Street, Rm 214
                                          Greenville, NC 27858-1137
                                          Phone: 252-830-2335
                                          Executed On: November 7, 2016

**Jimmie Ray Battle**
**Docket No. 4:10-CR-89-1BO**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this _____8_____ day of _November_, 2016, and ordered filed and made a part of the records in the above case.

_Terrence Boyle_

Terrence W. Boyle
U.S. District Judge